UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              **ORDER**

      v.                          1:19-CR-00245-EAW-JJM

MORALLES MENDEZ,

           Defendant.
_____

Upon a motion of the United States pursuant to 18 U.S.C. § 3145(a)(1) seeking review and a stay of the Decision and Order entered by the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, on June 1, 2020 (Dkt. 45), the Court hereby

**STAYS** the Decision and Order entered by Magistrate Judge McCarthy and defendant Moralles Mendez shall remain in custody until further order of this Court; and it is further

**ORDERED** that the Court will schedule a motion hearing regarding the Government's Motion for Review of Magistrate Judge's Determination on Detention.

**SO ORDERED**.

                                                s/ Elizabeth A. Wolford
                                                ELIZABETH A. WOLFORD
                                                United States District Judge

Dated: June 2, 2020
       Rochester, New York